STATE OF CONNECTICUT *v.* WILLIAM J. WARREN

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 564 (AC 22768), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided September 4, 2003

SANTA FUEL, INC. *v.* JOHN J. VARGA ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 77 Conn. App. 474 (AC 22796), is denied.

*Richard McCarthy*, in support of the petition.

*Ronald D. Japha* and *Abraham I. Gordon*, in opposition.